UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE AVISTA SECURITIES LITIGATION,

No. CV-02-0328-FVS

ORDER DENYING PENDING MOTIONS

The Court having granted preliminary approval of a proposed settlement in this matter,

**IT IS HEREBY ORDERED:**

1. The Plaintiffs' Motion to Certify Class, **Ct. Rec. 321**, is **DENIED WITHOUT PREJUDICE TO ITS RENOTICE** in the event that the Court denies final approval of the proposed settlement.

2. The Defendant's Motion For Summary Judgment of Claims as Time-Barred, **Ct. Rec. 369**, is **DENIED WITHOUT PREJUDICE TO ITS RENOTICE** in the event that the Court denies final approval of the proposed settlement.

3. The Defendant's Amended Motion for Summary Judgment of Claims As Time-Barred, **Ct. Rec. 376**, is **DENIED WITHOUT PREJUDICE TO ITS RENOTICE** in the event that the Court denies final approval of the proposed settlement.

4. The Individual Defendants' Motion for Joinder in Avista Corporation's Motion For Summary Judgment of Claims As Time-Barred, **Ct. Rec. 377**, is **DENIED WITHOUT PREJUDICE TO ITS RENOTICE** in the event

ORDER DENYING PENDING MOTIONS- 1

that the Court denies final approval of the proposed settlement.

5. The Plaintiffs' Motion To File Overlength Brief In Opposition to Avista's Motion For Summary Judgment, **Ct. Rec. 407,** is **DENIED WITHOUT PREJUDICE TO ITS RENOTICE** in the event that the Court denies final approval of the proposed settlement.

6. The Plaintiffs' Motion to Strike Unpublished Decisions, **Ct. Rec. 356,** is **DENIED.**

7. The Plaintiffs' Motion to File Over-Length Reply Brief To Motion For Class Certification, **Ct. Rec. 354,** is **DENIED AS MOOT.**

8. The Defendant's Motion For Leave to File Overlength Brief Re Its Motion For Summary Judgment of Claims as Time-Barred, **Ct. Rec. 366,** is **DENIED AS MOOT.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  20th  day of September, 2007.

                          s/ Fred Van Sickle
                            Fred Van Sickle
                    United States District Judge